# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

157735 & (26)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 157735
                                      COA: 340779

MICHAEL LAMAR PATRICK,
      Defendant-Appellant.
                                      Oakland CC: 2014-249081-FC

_____/

       By order of December 19, 2018, the prosecuting attorney was directed to answer the application for leave to appeal the March 12, 2018 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The defendant-appellant's document entitled "Explanation for Delay in Filing" the late reply is treated as a motion to extend the time for filing the reply and is GRANTED.





       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2019

s0522

Clerk